```
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MATTHEW A. TOBIAS, Cal. Bar No. 271291
  mtobias@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
```

Attorneys for Defendant
FRAMESTORE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA ZAPATA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAMESTORE INC., a New York corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-04506-JFW-AS<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Complaint Filed:  April 25, 2023 |

I, Matthew A. Tobias, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice before this Court. I am an attorney with the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendant Framestore Inc. ("Framestore" or "Defendant") in this action filed by Plaintiff Francisca Zapata ("Plaintiff").

2. I will serve as lead trial counsel in this action.

3. I am registered for CM/ECF in this Court.

4. My email address is mtobias@sheppardmullin.com.

5. I have read the Court's Standing Order and Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

SMRH:4892-3513-2523.1

1    Executed on June 20, 2023.

3              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5          By    /s/ Matthew A. Tobias
                   MATTHEW A. TOBIAS

                Attorneys for Defendant
                   FRAMESTORE INC.