Michael Kopple, SBN 193233
Joshua Kopple, SBN 294704
**The Kopple Law Group, Inc.**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Telephone: (323) 391-1552
Facsimile: (323) 391-1553
msk@kopplelaw.com
jlk@kopplelaw.com

JASON M. INGBER (CA State Bar No. 318323)
**Law Offices of Jason M. Ingber**
3580 Wilshire Blvd. Suite 1260
Los Angeles, California 90010
Telephone: 310) 270-0089

Attorneys for Plaintiff
Francisca Zapata

JS-6

Matthew A Tobias
Sheppard Mullin Richter and Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422 213-620-1780
Fax: 213-620-1398
Email: mtobias@sheppardmullin.com
Attorneys for Defendant
Framestore, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA ZAPATA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRAMESTORE INC., a New York corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-04506-JFW-AS<br><br>Order on<br>**JOINT DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: December 13, 2023

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE